Nick Pacheco (#173391)
 nickpacheco@nickpachecolaw.com
NICK PACHECO LAW GROUP
A Professional Corporation
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA  91345
Tel:  (888) 888-8641
Fax:  (800) 210-0028


Attorney for Plaintiff
**ARNULFO AVILA-MARTINEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNULFO AVILA-MARTINEZ**, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>**WELLS FARGO BANK, N.A.** successor by merger to WELLS FARGO BANK SOUTHWEST, N.A., f/k/a WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., f/k/a WORLD SAVINGS BANK, FSB, f/k/a WACHOVIA MORTGAGE, F.S.B., f/k/a WORLD SAVINGS BANK, F.S.B.;  **NDeX WEST, LLC**, a Delaware Corporation;  **BEST WAY REAL ESTATE, INC.**, d/b/a GOLDEN LENDING GROUP, a suspended California Corporation, and **DOES 1 through 100 Inclusive.**<br><br>                Defendants. | **CASE NO.:  2:11-cv-02154-MCE-KJN**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE BY STIPULATION OF PARTIES** |

///

///

///

///

THIS MATTER came before the Court to be considered.  The Court accepts the parties' stipulation and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the entire matter is DISMISSED without prejudice.

All attorney fees and costs are to be borne by the party that incurred them.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED

Dated:  October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE